UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A, an Italy corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LIQUIDITY SERVICES, INC., a Delaware corporation; et al.,<br><br>　　　　　Defendants. | CASE NO. 2:19-cv-04105-R (JCx)<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST FOR DISMISSAL WITH PREJUDICE** |

**ORDER GRANTING STIPULATION FOR DISMISSAL**

1     The Court has considered the Stipulation and Joint Request for Dismissal Of
2 Action With Prejudice.  The Stipulation is GRANTED.  Accordingly, this action is
3 DISMISSED WITH PREJUDICE.  Each party shall bear their own attorney's fees
4 and costs associated with this action.

Dated: July 26, 2019

By: _____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

---

1

[ ORDER GRANTING STIPULATION FOR DISMISSAL